# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMNI ELEVATOR CORPORATION, et al., | : |
| | : |
| Plaintiffs, | :    **Case No. 6:19-cv-06778-MAT** |
| | : |
| v. | : |
| | : |
| INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, et al., | : |
| | : |
| Defendants. | : |

## ORDER FOR ADMISSION PRO HAC VICE

Applicant has declared that she is a member in good standing of the bars of the states of Pennsylvania and the District of Columbia; and that her contact information is as follows:

    Applicant Name: Rebecca Daily

    Firm Name: O'Donoghue & O'Donoghue LLP

    Address: 5301 Wisconsin Avenue NW, Suite 800, Washington, DC 20015

    Telephone / Fax: 202-362-0041 / 202-362-2640

Applicant has requested admission Pro Hac Vice to appear for all purposes as counsel for the Trustees of the National Elevator Industry Health Benefit Plan, National Elevator Industry Pension Plan, National Elevator Industry Educational Program, Elevator Constructors Annuity & 401(k) Retirement Fund, and the Elevator Industry Work Preservation Fund, the International Union of Elevator Constructors, AFL-CIO, International Union of Elevator Constructors Local 27, and Al Rothfuss, in the above entitled action. Accordingly,

{B0125277.1}

**IT IS HEREBY ORDERED** that the motion of Rebecca Daily for admission to practice Pro Hac Vice in the above-captioned matter is granted.

**IT IS FURTHER ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Western District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

*s/ Michael A. Telesca*
_____
HON. MICHAEL A. TELESCA
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2019
Rochester, New York.